**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUL 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| LISA BREMER, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| | ) |
| v. | )   Civil Action No. 1:03CV01338 (JR) |
| | ) |
| CARLOS M. GUTIERREZ, | ) |
| Secretary of the United States | ) |
| Department of Commerce, | ) |
| | ) |
| DEFENDANT. | ) |
| | ) |

## ORDER

Pursuant to the jury verdict in this matter on August 10, 2005, and this Court's Memorandum Order Awarding Equitable Relief of April 27, 2007, the Plaintiff, Lisa Bremer, is hereby awarded the sum of $303,881 as the sum of lost pay and benefits for the difference between the pay and benefits she would have received had she remained a fully paid employee of the Department of Commerce from October 21, 2002, when her paychecks stopped, until August 10, 2005, the date of the jury's verdict, and the pay she actually received as disability retirement income. The Defendant is ordered to pay the amount of $303,881 for lost back pay and benefits, plus the sum of $300,000 in compensatory damages awarded by the jury if that amount is still unpaid, within 30 days of the date of this Order. Defendant is also ordered to pay any additional interest accrued on the back pay and benefits portion of the judgment subsequent to June 30, 2007, until the date of actual payment. It is **SO ORDERED**.

Date: 7/10/07

JAMES ROBERTSON
United States District Judge